UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Dickinson R. Debevoise |
| v. | : Crim. No. 11-133(DRD) |
| MOHAMED ALESSA | : <u>SCHEDULING ORDER</u> |

This matter having come before the Court upon the application of defendant MOHAMED ALESSA (Stanley L. Cohen, Esq., appearing) in the presence of the government (Paul J. Fishman, United States Attorney, counsel for the United States, L. Judson Welle and Andrew Kogan, Assistant U.S. Attorneys, appearing), for an order adjourning the sentencing hearing in this matter; and for good cause shown,

It is on this 22nd day of November 2011

ORDERED that the sentencing hearing in this matter is hereby adjourned to March 20, 2012 at 10:00 a.m.; and

IT IS FURTHER ORDERED that:

1. On or before December 7, 2011, each party shall provide the other party with notice of any and all experts who may submit reports or testify in support of the party's argument during the sentencing hearing. This notice shall include at least: (a) the name of the expert; (b) the expert's qualifications; and (c) a summary of the expert's anticipated report and/or testimony.

1

2. On or before January 9, 2011, each party shall provide the other party with notice of any and all experts who may submit reports or testify in response to an expert noticed pursuant to paragraph one (1) of this Order. This notice shall include at least: (a) the name of the expert; (b) the expert's qualifications; and (c) a summary of the expert's report and/or testimony.

3. On or before February 17, 2011, each party shall provide the other party a copy of any report it intends to submit on behalf of an expert noticed pursuant to paragraph one (1) of this Order.

4. On or before March 15, 2011, each party shall provide the other party a copy of any report it intends to submit on behalf of an expert noticed pursuant to paragraph two (2) of this Order.

5. On or before March 16, 2011, each party shall provide the other party the names of the experts noticed pursuant to paragraph one (1) or two (2) of this Order that the party intends to call to testify during the sentencing hearing.

HON. DICKINSON R. DEBEVOISE
United States Senior District Judge