UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          : Hon. Dickinson R. Debevoise
                                  :
          v.                      : Crim. No. 11-133 (DRD)
                                  :
MOHAMED ALESSA                    : SCHEDULING ORDER
                                  :

This matter having come before the Court upon the application of defendant MOHAMED ALESSA (Stanley L. Cohen, Esq., appearing) and the government (Paul J. Fishman, United States Attorney, counsel for the United States, L. Judson Welle and Andrew Kogan, Assistant U.S. Attorneys, appearing), for a scheduling order in this matter; and for good cause shown,

It is on this 30th day of March 2012

ORDERED that:

1. On or before April 17, 2012, defendant shall disclose to the United States any reports and/or summaries of anticipated testimony of the following individuals who have been noticed as potential expert witnesses on behalf of defendant: (a) Sanford L. Drob, Ph.D.; (b) Robert Baer; and (c) Yasir Qadhi.

2. The United States shall disclose to defendant its responsive reports and/or summaries in this matter on a date to be determined by the Court, which date shall be set following defendant's disclosures stated in Paragraph One of this Order.

1

3. The parties, within two business days of the issuance of the final Presentence Report, shall contact the Court to schedule a status conference. During the status conference, the parties shall submit proposed dates concerning the: (a) submission of sentencing memoranda; (b) provision of notice regarding the intent to call witnesses during the sentencing hearing; and (c) sentencing hearing.

_____
HON. DICKINSON R. DEBEVOISE
United States Senior District Judge