UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Dickinson R. Debevoise

v. : Crim. No. 11-133 (DRD)

MOHAMED ALESSA : <u>CONSENT ORDER</u>

This matter having come before the Court on the application of Paul J. Fishman, United States Attorney for the District of New Jersey (L. Judson Welle and Andrew Kogan, Assistant U.S. Attorneys, appearing) for the entry of an order directing the staff of the Metropolitan Detention Center Brooklyn, United States Bureau of Prisons, 80 29th Street, Brooklyn, New York (hereinafter "MDC Brooklyn"), to admit the experts identified in this Consent Order to MDC Brooklyn for the purpose of conducting interviews, testing, and examination of the defendant, such matters being necessary for the preparation of findings and assessments that are responsive to those prepared by experts retained on behalf of the defendant, and counsel for defendant (Stanley Cohen, Esq., appearing) having consented to the entry of this Consent Order, and good cause appearing,

IT IS, therefore, on this 30th day of ~~March~~ april, 2012,

ORDERED that the staff of MDC Brooklyn shall admit Dr. Barry A. Katz, Ph.D., to the facility and permit him to conduct interviews, testing, and examination of defendant Mohamed Alessa, and it is further

ORDERED that the staff of MDC Brooklyn shall admit Dr. Raymond Patterson, M.D., to the facility and permit him to conduct interviews, testing, and examination of defendant Mohamed Alessa, and it is further

ORDERED that the staff of MDC Brooklyn shall permit the experts identified in this Consent Order to bring with them into the facility such items, including records, papers, testing materials, and laptop computers, that the experts consider necessary to accomplish their work in this matter.

                                         _____
                                         HON. DICKINSON R. DEBEVOISE
                                         United States District Judge